Commonwealth *v.* Burke, Appellant.

Argued November 29, 1973. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

644

*J. D. Maida,* with him *Joseph J. Lombardo,* and *Lombardo & Hummer,* for appellant.

*Louise G. Herr,* Assistant District Attorney, with her *George T. Brubaker,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, July 1, 1974:
The Court being evenly divided, the order of the Superior Court is affirmed.
Mr. Chief Justice JONES took no part in the consideration or decision of this case.
For reversal, ROBERTS, NIX and MANDERINO, JJ.